**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KENDRIX BLACK**                                                                           **PLAINTIFF**

**V.**                            **NO. 4:14CV00305-SWW-BD**

**GUYLA, et al.**                                                          **DEFENDANTS**

## **ORDER**

More than two months have passed since the Court ordered Mr. Black to submit the $400 statutory filing fee or a complete application to proceed *in forma pauperis,* with an affidavit and prison account information sheet signed by an authorized official. (Docket entry #2)  Mr. Black has not asked for more time or otherwise responded to that order.  The Court warned that it could dismiss the Complaint if the filing fee requirement was not addressed within thirty days.  Local Rule 5.5(c)(2).  Mr. Black's Complaint is dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 21st day of August, 2014.

                                                                       /s/Susan Webber Wright

                                                                       UNITED STATES DISTRICT JUDGE