**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KENDRIX BLACK**                                                                     **PLAINTIFF**

**V.**                              **NO. 4:14CV00305-SWW-BD**

**GUYLA, et al.**                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of August, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE